BARD-PARKER COMPANY, INC., Respondent, v. CRESCENT SURGICAL SALES CO., INC., Appellant, Impleaded with Others.— Order denying motion of defendant-appellant for an injunction *pendente lite* unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — McAvoy, Townley, Untermyer and Dore, JJ.

FRANK HARAGO, Appellant, v. FRANK BARTOS and Others, Respondents.— Order denying plaintiff's motion for a new trial unanimously modified by granting the motion, unless a decision in writing is made and filed within thirty days after service of order, with notice of entry thereof, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

WILLIS F. HUNTER, Respondent, v. AMERICAN HOME FIRE ASSURANCE CO. (Formerly Known as AMERICAN CONSTITUTION FIRE ASSURANCE COMPANY OF NEW YORK), Appellant.— Order denying defendant's motion for an order correcting and amending the official stenographic minutes of the trial of the action unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

AUGUSTUS M. POWERS, Respondent, v. FIREMAN'S FUND INSURANCE COMPANY and Another, Appellants, Impleaded with Another.— Order denying motion of defendants-appellants for an order compelling the plaintiff to serve a reply to the first, second and sixth defenses interposed in the answer of said defendants, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

LOUIS L. HILLER and Another, Respondents, v. HARRY W. COHEN, Also Known as HARRY W. COWAN, Appellant.— Order, so far as appealed from, denying defendant's motion for a bill of particulars as to items 7 and 8 of the notice of motion, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted *in toto*. Verified bill of particulars to be served within ten days after service of order. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

ELSIE KONTARINIS, as Administratrix, etc., of ANDREW KONTARINIS, Deceased, Respondent, v. ÆTNA CASUALTY AND SURETY COMPANY, Appellant. — Order granting plaintiff's motion to substitute Elsie Kontarinis, as administratrix, etc., of Andrew Kontarinis, deceased, in the place and stead of Andrew Kontarinis, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRVING SHAPIRO, Appellant, v. WILLIAM A. ADAMS, Individually and as Warden of the City Prison of the City of New York, Respondent.— Order dismissing the writ of habeas corpus and remanding the relator to custody unanimously affirmed. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.